# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT HOWLEY, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NANCY A. BERRYHILL, | : | No. 19-2796 |
| Defendant. | : | |

## ORDER AND JUDGMENT

AND NOW, on February 28, 2020, upon consideration of Plaintiff Robert Howley's Brief in Support of his Request for Review and the Commissioner's Response, it is ORDERED:

1. Plaintiff's Request for Review (doc. 13) is DENIED;

2. JUDGMENT is entered in favor of the Commissioner and against Plaintiff; and

3. The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

 /s/ *Timothy R. Rice*
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE